## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

RONALD J. PANNOZZI, PAOLA
BALDOMAR, MEREDITH BRANDT,
MONICA DEPINA, MEGHAN
KONOPKA, JOAN RATCLIFFE,
and RENEE TRIGUEIRO,
*Individually and on behalf of all others
similarly situated*,

           Plaintiffs,

v.

DELOITTE CONSULTING LLP,

           Defendants.

**C.A. No. 1:24-cv-00524-MRD-AEM**

## DEFENDANT DELOITTE CONSULTING LLP'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

     Pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6), Defendant

Deloitte Consulting LLP ("Deloitte") moves to dismiss the Consolidated Amended

Complaint (Dkt. 24, the "Complaint") by Plaintiffs Ronald J. Pannozzi, Paola

Baldomar, Meredith Brandt, Monica Depina, Meghan Konopka, Joan Ratcliffe,

and Renee Trigueiro.  In support of its Motion, Deloitte relies upon the

contemporaneously filed Memorandum of Law.

Defendant,
Deloitte Consulting LLP,
By its Attorneys,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
Erik C. Lindstedt (#10522)
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI  02903
Tel:   (401) 454-1042
Fax:  (866) 947-0883
Email:  jbrenner@nixonpeabody.com
            elindstedt@nixonpeabody.com

Phyllis B. Sumner (Pro Hac Vice)
Elizabeth D. Adler (Pro Hac Vice)
J. Matthew Brigman (Pro Hac Vice)
KING & SPALDING LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4799
Fax: (404) 572-5100
psumner@kslaw.com
eadler@kslaw.com
mbrigman@kslaw.com

Dated:  May 27, 2025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of May, 2025, an exact copy of the within Motion was electronically filed with the Electronic Case Filing system of the United States District Court for the District of Rhode Island and served upon counsel electronically through the Court's CM/ECF system.

/s/ Jeffrey S. Brenner

4918-9309-8567.1