# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RONALD J. PANNOZZI, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>v.<br>DELOITTE CONSULTING, LLP,<br>　　　　　　　　Defendant. | Civil Action No. 1:24-cv-00524<br><br>(Consolidated with:<br>1:24-cv-00526-MRD-LDA;<br>1:24-cv-00527-MRD-LDA;<br>1:24-cv-00554-MRD-LDA;<br>1:25-cv-00010-MRD-LDA; and<br>1:25-cv-00023-MRD-LDA) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Charles G. Spalding, Jr. hereby withdraws his appearance on behalf of Defendant Deloitte Consulting, LLP ("Deloitte"). Deloitte will continue to be represented by King & Spalding LLP and Nixon Peabody LLP.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　*/s/ Charles G. Spalding, Jr.*
　　　　　　　　　　　　　　　　　　Julia Barrett Bates (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Phyllis B. Sumner (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Elizabeth D. Adler (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Charles G. Spalding, Jr. (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　**KING & SPALDING LLP**
　　　　　　　　　　　　　　　　　　1180 Peachtree Street, N.E.
　　　　　　　　　　　　　　　　　　Suite 1600
　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　Tel:　(404) 572-4600
　　　　　　　　　　　　　　　　　　Fax:　(404) 572-5140
Dated:　July 30, 2025　　　　　　　Email:　jbates@kslaw.com
　　　　　　　　　　　　　　　　　　　　　　 psumner@kslaw.com
　　　　　　　　　　　　　　　　　　　　　　 eadler@kslaw.com
　　　　　　　　　　　　　　　　　　　　　　 cspalding@kslaw.com

4929-5649-1865.1

          */s/ Jeffrey S. Brenner*
          Jeffrey S. Brenner (#4369)
          Erik C. Lindstedt (#10522)
          **NIXON PEABODY LLP**
          One Citizens Plaza, 5th Floor
          Providence, RI  02903
          Tel:   (401) 454-1042
          Fax:   (866) 947-0883
          Email:  jbrenner@nixonpeabody.com
                     elindstedt@nixonpeabody.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of July, 2025, an exact copy of the within Notice of Withdrawal was electronically filed with the Electronic Case Filing system of the United States District Court for the District of Rhode Island and served upon counsel electronically through the Court's CM/ECF system.

          */s/Jeffrey S. Brenner*
          Jeffrey S. Brenner (#4369)

4929-5649-1865.1